UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No.   3:15-CR-19 RLM |
| | ) | |
| WILLIAM D. THOMAS | ) | |

OPINION AND ORDER

William Thomas pleaded guilty in May 2015 to a violation of 18 U.S.C. § 922(g)(1), and was sentenced to a term of 17 months' imprisonment. As part of his plea agreement, Mr. Thomas waived the right to appeal his conviction and sentence or to file any post-conviction proceeding, but is now before the court requesting copies of the docket sheet, plea agreement, and transcripts of the proceedings.

Mr. Thomas may obtain a transcript of the change of plea and or sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
  Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Accordingly, Mr. Thomas's request is DENIED to the extent he seeks transcripts of the proceedings in this case [Doc. No. 45], and is GRANTED in all other respects. The Clerk is directed to send copies of the plea agreement [Doc. No. 19] and docket sheet to Mr. Thomas at the Federal Correctional Institution in Terre Haute, Indiana.

SO ORDERED.

ENTERED:   November 19, 2015

  /s/ Robert L. Miller, Jr.
Judge
United States District Court